# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 9, 2007 |
| Court Reporter: Janet Coppock | Time: minutes |
| Probation Officer: Katrina Devine and Tom Destito | Interpreter: n/a |

**CASE NO. 06-CR-00372-WDM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Joseph Mackey |
| Plaintiff, | |
| vs. | |
| MELISSA BOWERY, | Kerry Hada |
| Defendant. | |

## CHANGE OF PLEA

**1:33 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**Defendant's Motion to Set Case for Immediate Sentencing (Doc #183), filed 11-9-07.**

Page Two
06-CR-00372-WDM
November 9, 2007

Comments by Mr. Hada in support of defendant's motion.

Comments by Mr. Mackey in opposition to defendant's motion.

Comments by Mr. Destito advising of time needed to complete the presentence investigation report.

**ORDERED:** Defendant's Motion to Set Case for Immediate Sentencing (Doc #183), filed 11-9-07 is **DENIED WITHOUT PREJUDICE**, to the defendant requesting an earlier sentencing once the presentence investigation report is prepared.

**Court Exhibit One** - Plea Agreement; **Court Exhibit Two** - Statement by Defendant in Advance of Plea of Guilty tendered to the Court.

**ORDERED:** Court Exhibits One and Two are **ADMITTED.**

Defendant sworn and answers true name;  Defendant is **25** years old.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant advised of the potential of long term imprisonment.

Defendant advised that restitution **MAY** be ordered at time of sentencing.

Defendant's right to trial to jury and other constitutional rights explained.

Defendant pleads **GUILTY** to count **20 of the Indictment.**

The Court finds the defendant fully competent and capable to enter into an informed change of plea.

**ORDERED:** The Court defers acceptance of plea of guilty pending preparation of the presentence report.

**ORDERED:** Sentencing is set for **April 10, 2008 at 10:00 a.m.**

Defendant advised to cooperate with the probation officer in preparation of the presentence report.

Page Three
06-CR-00372-WDM
November 9, 2007

**ORDERED:** Bond is continued.

**1:58 p.m. COURT IN RECESS**

**Total in court time:      25 minutes**

**Hearing concluded**