IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 06-cr-00372-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. MELISSA BOWERY,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk


    Supervised release violation hearing is continued to **July 8, 2009, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: May 18, 2009

                                            s/ Jane Trexler, Judicial Assistant